**Opinion issued September 3, 2020**



In The

# Court of Appeals

### For The

## First District of Texas

—————————————

### NO. 01-20-00116-CV

—————————————

## IN RE AAMIR VELJEE, AAMEERALI LAKHANI, CSI LED, LLC, AND CSI FACTORY, INC., Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, Aamir Veljee, Aameerali Lakhani, CSI LED, LLC, and CSI Factory,

Inc., seek mandamus relief to compel the trial court to vacate its order compelling

relators to produce bank records.[1]

---

[1] The underlying case is *Chaunlin Qiao, Individually and Derivitively on Behalf of JAA LLC d/b/a Unitech LED, and Shenzhen Zenith Technology Co. Ltd. v. Aamir Veljee, Aameerali Lakhani, CSI LED, LLC, and CSI Factory, Inc.,* cause number 201922849, pending in the 295th District Court of Harris County, Texas, the Honorable Donna Roth presiding.

We deny the petition and lift the stay.  Any pending motions are dismissed as moot.

## PER CURIAM

Panel consists of Justices Kelly, Goodman, and Countiss.